No. 72–5474. MORTON v. UNITED STATES ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 71–1639. BROADRICK ET AL. v. OKLAHOMA ET AL. Appeal from D. C. W. D. Okla. Probable jurisdiction noted.

No. 72–402. UNITED STATES v. GENERAL DYNAMICS CORP. ET AL. Appeal from D. C. N. D. Ill. Probable jurisdiction noted.

No. 72–634. UNITED STATES CIVIL SERVICE COMMISSION ET AL. v. NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO, ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 71–1647. FEDERAL MARITIME COMMISSION v. SEATRAIN LINES, INC., ET AL. C. A. D. C. Cir. Certiorari granted.